```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION
```

IN RE:  MICHAEL SHANNON ARP,      {   CHAPTER 13
                                  {
                                  {
        DEBTOR(S)                 {   CASE NO. R20-40924-PWB
                                  {
                                  {   JUDGE    BONAPFEL

### OBJECTION TO CONFIRMATION

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The voluntary petition fails to reflect the Debtor's name of Michael Shane Arp.

3. Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, thereby preventing the Trustee from evaluating feasibility, 11 U.S.C. Section 1325(a)(6); specifically, the Debtor no longer receives insurance allowance of $187.00 per month.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

June 17, 2020

                                    _____/s_____
                                    Mary Ida Townson, Esq.
                                    Chapter 13 Trustee
                                    GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
maryidat@atlch13tt.com

R20-40924-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

MICHAEL SHANNON ARP
3301 GARDEN LAKES PKWY
APT 25A
ROME, GA 30165

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

JEFFREY B. KELLY, ESQ

This 17th day of June, 2020

       /s/
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
maryidat@atlch13tt.com