## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHAEL SHANNON ARP | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | CASE NO. 20-40924-PWB |
| DEBTOR(S) | ) | |
| | ) | JUDGE BONAPFEL |

### NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE that the Debtor(s) has/have filed a** preconfirmation modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of the creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected. You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then note less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

1. File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

> **Clerk, U.S. Bankruptcy Court,**
> **Room 339, 600 East First Street,**
> **Rome, Georgia, 30161-3187.**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

2. Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a

certificate of service to your written objection, stating when, how, and on
whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that
you do not oppose confirmation of the Chapter 13 plan filed, as modified.

A hearing on confirmation of the Chapter 13 Plan, as modified, will be held on
**August 5, 2020 at 9:30 am** at 600 East 1st Street Rome Georgia, 30161 in Courtroom
342. You or your attorney must attend the hearing and advocate your position. **Given the
current public health crisis, hearings may be telephonic only.  Please check the
"Important Information Regarding Court Operations During COVID-19
Outbreak" tab at the top of the GANB Website prior to the hearing for instructions
on whether to appear in person or by phone.**

This Wednesday, July 1, 2020.

Respectfully Submitted,

/S/ Jeffrey B Kelly
Attorney for Debtor(s)
GA Bar No.  412798
107 E. 5th Avenue
Rome, GA  30161
(706) 295-0030
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **MICHAEL SHANNON ARP** | ) | **CHAPTER 13** |
| | ) | |
| | ) | |
| | ) | **CASE NO. 20-40924-PWB** |
| **DEBTOR(S)** | ) | |
| | ) | **JUDGE BONAPFEL** |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **Notice of Hearing** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Chapter 13 Trustee
Mary Ida Townson
285 Peachtree Center Avenue NE
Suite 1600
Atlanta, GA 30303

Michael Arp
3301 Garden Lakes Pkwy
Apt 25A
Rome, GA 30165

Ally Financial Inc.
PO Box 380901
Minneapolis, MN 55438

Republic Finance, Inc.
1332 Chattahoochee Dr.
Rockmart, GA 30153

Uptown Auto Sales
1106 Shorter Ave.
Rome, GA 30165

Law Office of B.A. Nappier
PO Box 2823
Cumming, GA 30028

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Seven Hill Rentals, Inc.
FKA JFR Realty
176 E. 2nd St.
Rome, GA 30161

This Wednesday, July 1, 2020.
  /s/Jeffrey B. Kelly
JEFFREY B. KELLY
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtor(s)
Georgia Bar No.  412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com