FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2020 JUL 31 PM 4:08

REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL SHANNON ARP, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) CASE NO. 20-40924-PWB |
| | ) |
| | ) JUDGE BONAPFEL |

## OBJECTION TO PLAN CONFIRMATION
## AND MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW SEVEN HILLS RENTALS, INC. ("Seven Hills") and files this objection to plan confirmation of the Debtor's proposed Chapter 13 Plan and moves this Court for relief from the automatic stay and shows the Court as follows:

### BACKGROUND

1.

The Debtor, Michael Shannon Arp, entered a rental agreement with Seven Hills in October of 2018 to lease the premises located at 25A Conifer Ring, Rome, Georgia 30165.

2.

In accordance with the Debtor's rental agreement, he is obligated to pay rent in the amount of $575.00 per month on a month-to-month basis.

1

3.

The Debtor has failed or refused to pay rent since March of 2020 and continuing each month since the Debtor's filing of this bankruptcy. A true and correct copy of the Debtor's lease ledger is attached hereto as **Exhibit "A."**

4.

As a result, the Debtor owes Seven Hills the total amount of $4,034.52. Such amount will continue to grow each month the Debtor does not make rental payments to Seven Hills while continuing to occupy the premises.

## I. Objection to Plan Confirmation

5.

The Debtor filed his Amendment to Schedule G (Doc. 21) wherein the Debtor expressly assumed his lease and rental obligations to Seven Hills on 6/29/2020.

6.

In reviewing the Debtor's proposed Plan, the Debtor has failed or refused to include the rental obligation arrearage owed to Seven Hills in his Chapter 13 plan.

7.

Seven Hills, as the lessor of a lease in which the Debtor has expressly assumed, is entitled to payment of the arrearage owed by the Debtor as of the petition date. 11 U.S.C. § 365(d)(2).

8.

As of the petition date, the Debtor owed Seven Hills the total sum of $2,236.58, representing past due rent and late fees. Seven Hills is entitled to payment of the past due arrearage as part of the Debtor's Chapter 13 Plan.

**II.   Motion for Relief from Stay to Pursue State Law Remedies**

9.

Since the petition date, the Debtor has incurred an additional $1,797.94 in past due rent.

10.

As a result of the Debtor's non-payment of rent accruing after the petition date, Seven Hills is entitled to relief from the automatic stay to pursue its rights and remedies in state court to reclaim the premises currently occupied by the Debtor at 25A Conifer Ring, Rome, Georgia 30165.

WHEREFORE, based on the foregoing, Seven Hills Rentals, Inc. respectfully requests:

(a)   that a hearing be held on Seven Hills' objection to plan confirmation and motion for relief from the automatic stay;

(b)   that the Court would deny the confirmation of the Debtor's proposed plan based upon his failure to include the arrearage owed to Seven Hills pre-petition

3

or, in the alternative, require the Debtor to modify his Plan to allow for arrearage payments to Seven Hills for the amount owed to Seven Hills pre-petition;

(c) that the Court would grant Seven Hills relief from the automatic stay to pursue its rights with respect to the premises located at 25A Conifer Ring, Rome, GA 30165 in state court, including pursuing a dispossessory action against the Debtor;

(d) that the Court would waive the 14-day stay of an order granting Seven Hills relief from the automatic stay pursuant to Fed. R. Bank. 4001(a)(3); and

(e) that the Court would grant it any such other and further relief that this Court deems just and proper.

Respectfully submitted,

SEVEN HILLS RENTALS, INC.

*Abbi Ratliff*

Abbi Ratliff, Associate Broker
176 E. 2nd Street
Rome, Georgia 30161
abbi@sevenhillsrentals.com
(706) 295-3733

## CERTIFICATE OF SERVICE

I, Abbi Ratliff, hereby certify that I have this day filed the foregoing **OBJECTION TO PLAN CONFIRMATION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY** with the Clerk and the Clerk has electronically filed the same for service to all parties of interest this 31st day of July, 2020.

_____
Abbi Ratliff

# Tenant Ledger



**EXHIBIT A**

**Tenants:** Michael S. Arp
**Mobile:** (678) 901-7945
**Mobile:** (678) 274-8873
**Unit:** A
**Property:** 25 Conifer Ring Rome, GA 30165
**Status:** Current
**Move in date:** 07/01/2019
**Move out date:** --
**Lease Expiration:** 10/31/2019
**Rent:** 575.00
**Deposit Paid:** 575.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 10/05/2018 | | Application Fee Income | 35.00 | | 35.00 |
| 10/05/2018 | Tiffany M. Mayo | Credit Card Payment (Reference #1NCO-BJRU) | | 35.00 | 0.00 |
| 10/11/2018 | | Mgmt Held Security Deposits - Move In Charge: Mgmt Held Security Deposits | 575.00 | | 575.00 |
| 10/12/2018 | | Rent Income - Move In Charge: Rent Income | 370.97 | | 945.97 |
| 10/12/2018 | Tiffany M. Mayo | Payment (Reference #2081033787) | | 575.00 | 370.97 |
| 10/12/2018 | Tiffany M. Mayo | Payment (Reference #20797861045) | | 370.97 | 0.00 |
| 10/29/2018 | Tiffany M. Mayo | ACH Payment (Reference #F6D4-964C) | | 575.00 | -575.00 |
| 11/01/2018 | | Rent Income - November 2018 | 575.00 | | 0.00 |
| 11/28/2018 | Tiffany M. Mayo | ACH Payment (Reference #565B-A356) | | 575.00 | -575.00 |
| 12/01/2018 | | Rent Income - December 2018 | 575.00 | | 0.00 |
| 12/30/2018 | Tiffany M. Mayo | ACH Payment (Reference #64ED-5EE0) | | 575.00 | -575.00 |
| 01/01/2019 | | Rent Income - January 2019 | 575.00 | | 0.00 |
| 01/20/2019 | Tiffany M. Mayo | ACH Payment (Reference #92E7-ACC6) | | 575.00 | -575.00 |
| 02/01/2019 | | Rent Income - February 2019 | 575.00 | | 0.00 |
| 02/24/2019 | Tiffany M. Mayo | ACH Payment (Reference #810D-338C) | | 575.00 | -575.00 |
| 03/01/2019 | | Rent Income - March 2019 | 575.00 | | 0.00 |
| 03/27/2019 | Tiffany M. Mayo | ACH Payment (Reference #592E-564C) | | 575.00 | -575.00 |
| 04/01/2019 | | Rent Income - April 2019 | 575.00 | | 0.00 |
| 04/25/2019 | Tiffany M. Mayo | ACH Payment (Reference #55BB-6226) | | 575.00 | -575.00 |
| 05/01/2019 | | Rent Income - May 2019 | 575.00 | | 0.00 |
| 05/28/2019 | Tiffany M. Mayo | ACH Payment (Reference #EF31-9B52) | | 575.00 | -575.00 |
| 06/01/2019 | | Rent Income - June 2019 | 575.00 | | 0.00 |
| 07/01/2019 | Michael S. Arp | Payment (Reference #2106348650) | | 575.00 | -575.00 |
| 07/01/2019 | | Rent Income | 575.00 | | 0.00 |
| 08/01/2019 | | Rent Income - August 2019 | 575.00 | | 575.00 |
| 08/06/2019 | | Late Fee - Late Fee for Aug 2019 | 57.50 | | 632.50 |
| 08/07/2019 | Michael S. Arp | Payment (Reference #17983894267) | | 575.00 | 57.50 |
| 08/11/2019 | Michael S. Arp | Payment (Reference #6975696113) | | 57.00 | 0.50 |
| 09/01/2019 | | Rent Income - September 2019 | 575.00 | | 575.50 |
| 09/06/2019 | | Late Fee - Late Fee for Sep 2019 | 57.55 | | 633.05 |
| 09/20/2019 | Michael S. Arp | Payment (Reference #17683146048) | | 300.00 | 333.05 |
| 09/27/2019 | Michael S. Arp | Payment (Reference #17683146165) | | 234.00 | 99.05 |
| 10/01/2019 | | Rent Income - October 2019 | 575.00 | | 674.05 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 10/06/2019 | | Late Fee - Late Fee for Oct 2019 | 67.41 | | 741.46 |
| 10/14/2019 | | Passthru Administrative Fees - admin fee | 35.00 | | 776.46 |
| 10/14/2019 | | Passthru Dispossessory/Garnishment Fees - dispo | 95.00 | | 871.46 |
| 10/31/2019 | Michael S. Arp | Payment (Reference #17686018554) | | 1,000.00 | -128.54 |
| 10/31/2019 | Michael S. Arp | Payment (Reference #17686018555) | | 446.46 | -575.00 |
| 11/01/2019 | | Rent Income - November 2019 | 575.00 | | 0.00 |
| 12/01/2019 | | Rent Income - December 2019 | 575.00 | | 575.00 |
| 12/06/2019 | | Late Fee - Late Fee for Dec 2019 | 57.50 | | 632.50 |
| 12/23/2019 | Michael S. Arp | Payment (Reference #19046611107) | | 632.50 | 0.00 |
| 01/01/2020 | | Rent Income - January 2020 | 575.00 | | 575.00 |
| 01/06/2020 | | Late Fee - Late Fee for Jan 2020 | 57.50 | | 632.50 |
| 01/21/2020 | | Passthru Administrative Fees - admin fee | 35.00 | | 667.50 |
| 01/21/2020 | | Passthru Dispossessory/Garnishment Fees - dispo | 95.00 | | 762.50 |
| 02/01/2020 | | Rent Income - February 2020 | 575.00 | | 1,337.50 |
| 02/03/2020 | Michael S. Arp | Payment (Reference #19061493299) | | 762.50 | 575.00 |
| 02/06/2020 | | Late Fee - Late Fee for Feb 2020 | 57.50 | | 632.50 |
| 02/07/2020 | | Passthru - Credit Card Fee - credit card fee | 31.63 | | 664.13 |
| 02/12/2020 | | Passthru Administrative Fees - admin fee | 35.00 | | 699.13 |
| 02/12/2020 | | Passthru Dispossessory/Garnishment Fees - dispo | 95.00 | | 794.13 |
| 03/01/2020 | | Rent Income - March 2020 | 575.00 | | 1,369.13 |
| 03/02/2020 | Michael S. Arp | Payment (Reference #19046613703) | | 794.13 | 575.00 |
| 03/06/2020 | | Late Fee - Late Fee for Mar 2020 | 57.50 | | 632.50 |
| 04/01/2020 | | Rent Income - April 2020 | 575.00 | | 1,207.50 |
| 04/06/2020 | | Late Fee - Late Fee for Apr 2020 | 120.75 | | 1,328.25 |
| 04/20/2020 | | Passthru Dispossessory/Garnishment Fees - dispo | 95.00 | | 1,423.25 |
| 04/20/2020 | | Passthru Administrative Fees - admin fee | 35.00 | | 1,458.25 |
| 05/01/2020 | | Rent Income - May 2020 | 575.00 | | 2,033.25 |
| 05/06/2020 | | Late Fee - Late Fee for May 2020 | 203.33 | | 2,236.58 |
| 06/01/2020 | | Rent Income - June 2020 | 575.00 | | 2,811.58 |
| 06/06/2020 | | Late Fee - Late Fee for Jun 2020 | 281.16 | | 3,092.74 |
| 07/01/2020 | | Rent Income - July 2020 | 575.00 | | 3,667.74 |
| 07/06/2020 | | Late Fee - Late Fee for Jul 2020 | 366.78 | | 4,034.52 |

**Total** 4,034.52