**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Rome Division Room 339, Federal Building
600 East First Street
Rome, GA 30161–3187
706–378–4000

| | | |
|---|---|---|
| In Re: | **Michael Shannon Arp** | Case No.: **20–40924–pwb**<br>Chapter: **13**<br>Judge: **Paul W. Bonapfel** |
| | Debtor(s) | |

### NOTICE OF DEFICIENCY

You are hereby notified that Document # 25 filed on July 31, 2020, is deficient for the following reasons:

The required filing fee was not paid. Please remit required fee via cashier's check or money order payable to the Clerk,
U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted. (28 U.S.C. 1930). Fee due: $181.00

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 8/3/20

M. Regina Thomas
Clerk of Court

By: Edward Rodriguez
Deputy Clerk

Form 431 – Notice of deficiency 12–2017