# United States Bankruptcy Court
## Northern District of Georgia

# Request for Change of Address

Case Name: Michael Shannon Arp

Case No.: 20-40924      Judge: pwb      Chapter: 13

**Change of Address for:**
Debtor X    Creditor ___    Attorney for Debtor ___    Attorney for Creditor ___

**Change for:**
Notices ONLY ___    Payments ONLY ___    Notices and Payments X

EFFECTIVE DATE OF CHANGE: 8/3/20

Name: Michael Shannon Arp
(Please Print)

Prior Address: 3301 Garden Lakes Pkwy, Apt 25A

Rome, GA  30165

*****************************************************************

New Address: 404 Byrd Station Rd

Silver Creek, GA 30173

Change of Address Was Furnished By:   Debtor ____    Creditor ____    Attorney  X

Date: 8/3/20      Signature of Filer: *J Bomer*
Telephone Number: 706-295-0030

**IF FILED BY ATTORNEY**

Attorney Name: Jeffrey B. Kelly
(Please Print)
Bar ID: 412798
Address: 107 E. 5th Avenue
Rome, GA 30161

Revised August 2012