UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:
MICHAEL SHANNON ARP,           )       CHAPTER 13
                               )
                               )       CASE NO. 20-40924PWB
DEBTOR(S)                      )
                               )       JUDGE BONAPFEL

## BAR DATE CERTIFICATE

I certify that I have reviewed all claims after the bar date and have, in the exercise of my best legal judgment and in consultation with the Debtor(s), taken the action I deemed appropriate and in the best interest of my client(s).

Respectfully submitted this Monday, August 3, 2020.

    /s/ Jeffrey B. Kelly
Jeffrey B. Kelly
LAW OFFICE OF JEFFREY B. KELLY P.C.
ATTORNEY FOR DEBTOR(S)
GEORGIA BAR NO. 412798

107 E. 5th Avenue
Rome, GA  30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing on the following by U. S. Mail, in a property stamped and addressed envelope.

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303-1740

This Monday, August 03, 2020.

    /s/ Jeffrey B. Kelly
JEFFREY B. KELLY